**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**LOUISE THOMPSON,**

      **Plaintiff,**

**-vs-**               **Case No. 6:08-cv-2052-Orl-35DAB**

**ENERGIZER HOLDINGS, INC.,**

      **Defendant.**
_____

### REPORT AND RECOMMENDATION AND ORDER

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **JOINT MOTION TO STAY (Doc. No. 7)**
>
> **FILED:**   **December 18, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

> **MOTION:**  **MOTION TO DISMISS VERIFIED COMPLAINT (Doc. No. 3)**
>
> **FILED:**   **December 9, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**, without prejudice, as moot. Plaintiff will file an Amended Complaint if the case is reactivated.

> **MOTION:** **JOINT MOTION TO APPEAR TELEPHONICALLY (Doc. No. 13)**
>
> **FILED:** January 16, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The parties shall file a status report on or before **February 28, 2009,** and each sixty (60) days thereafter. Should this recommendation be adopted by the District Judge, the Clerk is directed to administratively close this case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 20, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy