UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LOUISE THOMPSON,**

    **Plaintiff,**

v.                                                 **Case No. 6:08-CV-2052-ORL-35DAB**

**ENERGIZER HOLDINGS, INC.,**

    **Defendant,**
_____/

**ORDER**

**THIS CAUSE** comes before the Court for consideration of the parties' Joint Request to Abate this Case in Order to Exhaust Administrative Remedies (Docket No. 7) filed on December 18, 2008, as well as Defendant's Motion to Dismiss Plaintiff's Verified Complaint (Docket No. 3) filed on December 9, 2008. On January 20, 2009, the United States Magistrate Judge issued a Report and Recommendation (Docket No. 14) recommending that the Joint Motion to Stay be granted and that the Motion to Dismiss be denied, without prejudice, as moot, taking note of Plaintiff's intent to file an Amended Complaint if the case is reactivated (*see* Docket No. 7). Neither party filed objections to the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982), *cert. denied*, 459 U.S. 1112 (1983). A district judge "shall

make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." *Jeffrey S. v. State Bd. of Educ.*, 896 F. 2d 507, 512 (11th Cir. 1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo, Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. *See Cooper-Houston v. Southern Ry.*, 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved with one limited modification. Accordingly, it is **ORDERED** that:

1. The parties' Joint Motion to Stay (Docket No. 7) is **GRANTED**;
2. The Defendant's Motion to Dismiss Plaintiff's Verified Complaint (Docket No. 3) is **DENIED WITHOUT PREJUDICE**;
3. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order, with the modification that the parties are **ORDERED**

to file a status report **on or before April 27, 2009**.

4. The **CLERK** is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 4th day of February, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party