**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO: 6:08-cv-02052-MSS-DAB**

LOUISE THOMPSON,

       Plaintiff,

v.

ENERGIZER HOLDINGS, INC. and
ENERGIZER PLANS ADMINISTRATIVE
COMMITTEE,

       Defendants.

_____

**STIPULATION OF MATERIAL FACTS ON WHICH**
**PARTIES AGREE THERE IS NO GENUINE ISSUE**

1.     Tanning Research Laboratories, Inc. ("TRLI") hired Thompson as a chemist on April 19, 2005.

2.     On January 3, 2006, Thompson was named by TRLI as its Scientific and Regulatory Affairs Manager.

3.     Playtex Products, Inc. purchased TRLI in April 2007.

4.     On July 27, 2007, Thompson became the Manager, Regulatory Affairs for Playtex Products, Inc.

5.     Playtex Products was acquired by Energizer Holdings, Inc. on October 1, 2007.

6.     Thompson never moved permanently from Ormond Beach, Florida to Allendale, New Jersey, while she was an employee of Energizer.

| | |
|---|---|
| Respectfully submitted,<br><br>s/Nicholas E. Karatinos<br>Nicholas E. Karatinos (FBN: 109742)<br>Nek1720@aol.com<br>Law Offices of Nicholas E. Karatinos<br>18920 North Dale Mabry Highway<br>Suite 102<br>Lutz, FL 33548<br>Telephone: (813) 345-5945<br>Facsimile: (813) 949-0373<br>Attorneys for Louise Thompson | s/Tanya M. Reed<br>Tanya M. Reed (FBN: 28306)<br>treed@gunster.com<br>Gunster, Yoakley & Stewart, P.A.<br>Phillips Point – Suite 500 East<br>777 South Flagler Drive<br>West Palm Beach, FL 33401<br>Telephone: (561) 655-1980<br>Facsimile: (561) 655-5677<br>Attorneys for Energizer Holdings, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Tanya M. Reed
Tanya M. Reed

2

**SERVICE LIST**
**United States District Court, Middle District of Florida**
**Louise Thompson v. Energizer Holdings, Inc.**
**Case No. 6:08-cv-02052-MSS-DAB**

Electronic Mail Notice List

- **Bonnie Ava Berns**
  bbernslawoffice@yahoo.com,laura@fl-law.com

- **Gerard Joseph Curley**
  jcurley@gunster.com,sgrayson@gunster.com

- **Tanya M. Reed**
  treed@gunster.com,lmiller@gunster.com

- **Nicholas E. Karatinos**
  nek1720@aol.com

WPB 1082120.1